APPROVED and SO ORDERED.

ENTER: 2/22/2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN SIGLEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:21-CV-82 |
| WEST VIRGINIA DEPARTMENT OF TRANSPORTATION, DIVISION OF HIGHWAYS, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Plaintiff, John Sigley, by his counsel, Glazer Saad Anderson L.C. and the Defendant, West Virginia Department of Transportation, Division of Highways, by its counsel, Pullin, Fowler, Flanagan, Brown & Poe, PLLC file this joint Stipulation of Dismissal of all claims with prejudice against the Defendant.

Plaintiff, John Sigley,

By Counsel,

s/Hoyt Glazer
Hoyt Glazer (WV Bar # 6479)
Abraham J. Saad (WV Bar #10134)
Glazer Saad Anderson, L.C.
320 Ninth Street, Suite B
Huntington, WV  25701

*Counsel for Plaintiff*

Defendant, WVDOT, DOH,

By Counsel

s/Julie Meeks Greco
Julie Meeks Greco (WV Bar #7484)
Katie L. Hicklin Luyster (#11347)
Pullin, Fowler, Flanagan, Brown & Poe
901 Quarrier Street
Charleston, WV 25301

*Counsel for Defendant*